UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN C. LONG, on behalf of
EDWARD JAMES LONG,

    Plaintiff,

v.

    Case No. 10-cv-10979

    Paul D. Borman
    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Mona K. Majzoub
    United States Magistrate Judge

    Defendant.

_____/

<u>OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES</u>
(Dkt. No. 19)

Before the Court is the Magistrate Judge's Report and Recommendation Granting Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (Dkt. No. 19.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **GRANTS** Plaintiff's Motion for Attorney Fees.

**IT IS SO ORDERED.**

                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: 4-13-12